ILND 450 (Rev. 10/13) Judgment in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Yasko,

Plaintiff(s),

v.

Reliance Standard Life Insurance Co.

Defendant(s).

Case No. 12-cv-02658
Judge John J. Tharp Jr.

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Judgment is entered in favor of the Plaintiff Laura Yasko, o/b/o Alan Yasko, M.D. and against defendant Reliance Standard Life Insurance Company in the amount of $1,000,000 as well as costs which includes prejudgment interest from July 15, 2011.

This action was *(check one)*:

☐ tried by a jury with Judge                       presiding, and the jury has rendered a verdict.
☑ tried by Judge John J. Tharp Jr.                 without a jury and the above decision was reached.
☐ decided by Judge                                 on a motion

Date: 8/20/14

Thomas G. Bruton, Clerk of Court

Alberta Rone                  , Deputy Clerk