# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 14, 2014

| | |
|---|---|
| No.: 14-3061 | LAURA YASKO, on behalf of Alan Yasko,<br>Plaintiff - Appellee<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-02658<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on November 14, 2014,. by counsel for Appellant Reliance Standard Life Insurance Company,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_Elaine Royston_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit